**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6319**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

ROBIN A. SLAGLE,

               Petitioner – Appellant,

TIMOTHY JAMES FISHER,

               Defendant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:14-cr-00058-GMG-RWT-1)

Submitted: August 9, 2016        Decided: August 10, 2016

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin A. Slagle, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Anna Zartler Krasinski, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia; Lynette Danae DeMasi-Lemon, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin A. Slagle appeals the district court's order denying as untimely her third-party objection to forfeiture. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. United States v. Fisher, No. 3:14-cr-00058-GMG-RWT-1 (N.D. W. Va. Jan. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2